Raymond and Rebecca O'HARA, Petitioners,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF MOTOR VEHICLES, Respondent.

Supreme Court of Pennsylvania.

Dec. 4, 1997.

J. Michael Ruttle, Newtown, for Petitioner.

## ORDER

PER CURIAM:

AND NOW, this 4th day of December, 1997, the Petition for Allowance of Appeal is hereby GRANTED, but LIMITED TO:

Whether the unilateral determination of an automobile insurer can be exalted to the status of a judicial decision which cannot be collaterally attacked in an appeal from a decision of the Pennsylvania Department of Transportation?

It is further ordered that this matter is consolidated with *Horvath v. Commonwealth of Pennsylvania, Department of Transportation, Bureau of Motor Vehicles*, 549 Pa. 173, 700 A.2d 1263 (1997).

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Debra Lee KING, Respondent.

No. 317 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Dec. 5, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 5th day of December, 1997, there having been filed with this Court by Debra Lee King her verified Statement of Resignation dated October 24, 1997, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Debra Lee King be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania, retroactive to May 12, 1997; and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.